467 A.2d 43

Commonwealth v. Fruster, Appellant.

Submitted July 28, 1983. Gary Phillip Heslin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.